

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00411-CR
### NO. 02-17-00412-CR

ANTHONY ANDERSON                                           APPELLANT

V.

THE STATE OF TEXAS                                           STATE

------------

## FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1465691D, 1468433D

------------

## ORDER

------------

On the court's own motion, it is ORDERED that the trial court clerk deliver the originals of State's Exhibit No. 94 (DVD-Roof Surveillance), State's Exhibit No. 98 (CD-Cell Phone Info.), and State's Exhibit No. 112 (DVD-Jail Surveillance) to this court no later than **Thursday, July 5, 2018**.

The exhibits will be returned to the trial court upon issuance of the mandate.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court clerk, and the court reporter.

DATED June 27, 2018.

PER CURIAM